**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Life Insurance Company of North America
c/o The Corporation Company
2000 Interstate Park
Ste. 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shannon Kahn_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery  11/7/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06cv 987-WKW

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 0810 0006 0996 1056

102595-02-M-1540

Domestic Return Receipt