IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RODNEY MCCRAY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **CIVIL ACTION NO.** |
| **LIFE INSURANCE COMPANY OF** | )   **2:06-CV-987-WKW** |
| **NORTH AMERICA; TYCO** | ) |
| **INTERNATIONAL, INC.,** | ) |
| | ) |
|     **Defendant.** | |

**CONSENT MOTION TO EXTEND TIME
TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**COMES NOW** Defendant Life Insurance Company of North America ("LINA" or "Defendant"), by and through its undersigned counsel, and respectfully requests an additional fourteen (14) days to file a responsive pleading to Plaintiff's Complaint. Defendant's motion is due to be granted for the following reasons:

1.  Plaintiff filed his Complaint in the Middle District of Alabama against Defendants LINA and Tyco International, Inc. on November 1, 2006. The Court issued the Summons and Complaint to LINA on November 6, 2006 and service was perfected as to LINA on November 7, 2006. The undersigned counsel was recently retained by LINA and needs additional time to file its responsive pleading.

2.  Plaintiff's counsel has expressly consented to the undersigned counsel's request for an additional fourteen (14) days, until December 11, 2006, for LINA to file its responsive pleading. No prejudice will result to any party from the granting of this request for an extension.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests an additional fourteen (14) days, until December 11, 2006 for LINA to file its responsive pleading

in the above-referenced lawsuit.

                                                                                              s/ Grace R. Murphy
                                                                                              William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendant
Life Insurance Company of North America

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: John Pennington, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    [none]


                                                               s/ Grace R. Murphy____
                                                               OF COUNSEL