IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY MCCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-987-WKW |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Consent Motion to Extend Time to File Responsive Pleading to Plaintiff's Complaint filed by Defendant Life Insurance Company of North America on November 20, 2006 (Doc. # 5), it is hereby

ORDERED that the motion is GRANTED. Said defendant shall file a responsive pleading to the Complaint on or before December 11, 2006.

DONE this 21st day of November, 2006.


　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE