**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   c/o John S. Jenkins, Jr.
   Tyco International, Inc.
   9 Roszel Road
   Princeton, NJ 08540

2. Article Number *(Transfer from service label)*    7006 0810 0006 0996 1018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   S Zimmerman                     11/21/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   2:06cv 987 WKW

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☒ Yes

Domestic Return Receipt    102595-02-M-1540