**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **RODNEY MCCRAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )     **CIVIL ACTION NO.** |
| **LIFE INSURANCE COMPANY OF** | )     **2:06-CV-987-WKW** |
| **NORTH AMERICA; TYCO** | ) |
| **INTERNATIONAL, INC.,** | ) |
| | ) |
| **Defendant.** | |

**<u>TYCO INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT</u>**

COMES NOW Tyco International, Inc., defendant in the above-styled cause, pursuant to

Rule 7.1 of the Federal Rules of Civil Procedure, and hereby certifies as follows:

Tyco International, Inc. certifies that it has no parent corporation and that no publicly

held corporation owns 10% or more of its stock.

s/ Grace R. Murphy       

William B. Wahlheim, Jr.

John David Collins

Grace Robinson Murphy

Attorneys for Defendant

Tyco International, Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
(205) 254-1000

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: John Pennington, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

   [none]

     s/ Grace R. Murphy_____
     OF COUNSEL