**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **RODNEY MCCRAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:06-CV-987-WKW** |
| **LIFE INSURANCE COMPANY OF** ) | |
| **NORTH AMERICA; TYCO** ) | |
| **INTERNATIONAL, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**LIFE INSURANCE COMPANY OF NORTH AMERICA'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Life Insurance Company of North America ("LINA"), and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits this Corporate Disclosure Statement and respectfully shows this Court as follows:

Defendant Life Insurance Company of North America hereby gives notice that it is a 100% wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is 100% wholly owned subsidiary of Cigna Holdings, Inc. Cigna Holdings, Inc. is a 100% wholly owned subsidiary of Cigna Corporation. Cigna Corporation is a publicly traded corporation listed on the New York Stock Exchange. No publicly held corporation owns 10% or more of its stock.

s/ Grace R. Murphy  
William B. Wahlheim, Jr.  
John David Collins  
Grace Robinson Murphy  
Attorneys for Defendant  
Life Insurance Company of North America

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: John Pennington, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    [none]


                                          s/ Grace R. Murphy____