IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY MCCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-987-WKW |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED UNIFORM SCHEDULING ORDER**

It is hereby ORDERED that the Uniform Scheduling Order entered by the court on January 18, 2007 (Doc. #14) is hereby AMENDED to the extent that the date set for a settlement conference (**Section 3**) is reset from **June 8, 2007** to **July 5, 2007**. All other dates remain the same.

Done this the 23rd day of January, 2007.

                                           /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE