**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| RODNEY MCCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-987-WKW |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; TYCO INTERNATIONAL, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties jointly request the court to amend the previously entered scheduling order (Doc. # 14) to move the dispositive motion deadline from June 13, 2007, to August 10, 2007, approximately 8 weeks before trial. It is the policy of this district to require dispositive motions to be filed at least 90 days before pretrial hearings to give the court adequate time to address the motions before pretrial. This case is scheduled to be pretried on September 10, 2007. Any dispositive motion filed in August would necessarily result in a trial continuance. Given the fact that any docket may have fifteen to twenty cases on it, it is impossible for the court to run its docket in the fashion suggested by the parties. The joint motion is accordingly DENIED.

Should the parties deem it necessary in order to complete discovery, they should file a joint motion to continue the trial, specifying the circumstances requiring the continuance.

DONE this 25th day of May, 2007.

                                                 /s/  W.  Keith Watkins
                                               UNITED STATES DISTRICT JUDGE