IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RODNEY MCCRAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:06-cv-987-WKW** |
| ) | |
| **LIFE INSURANCE COMPANY OF** ) | |
| **NORTH AMERICA; TYCO** ) | |
| **INTERNATIONAL, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The Joint Motion to Extend Scheduling Order Deadlines Including Trial (Doc. # 18) is GRANTED. An amended scheduling order will be entered placing this action on the February 25, 2008, trial docket.

DONE this 6th day of June, 2007.

    /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE