IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RODNEY MCCRAY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO: 2:06-cv-987-WKW |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA; TYCO INTERNATIONAL, INC.,** | ) ) ) ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Rodney McCray, by and through his counsel, and Defendants Life Insurance Company of North America and Tyco International, Inc., by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendants with each party to bear its own costs.

/s/ William B. Wahlheim
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy

Attorneys for Defendants
Life Insurance Company of North
America and Tyco International, Inc.

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

1

01532758.1

_____
John M. Pennington
Attorney for Plaintiff Rodney McCray


**OF COUNSEL:**
THE PENNINGTON LAW FIRM
4000 Eagle Point Corporate Drive, Ste. 100
Birmingham, Alabama 35242-1901
(205) 314-5735

2